UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WERCLAIN LOPEZ-CRUZ, <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, Attorney General, <br><br> Respondent. | No. 25-5628 <br><br> Agency No. <br> A215-644-210 <br><br> ORDER |

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

Petitioner seeks review of an order denying cancellation of removal as a matter of discretion. We lack jurisdiction to review this decision. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Patel v. Garland*, 596 U.S. 328, 338-40 (2022) (when the agency denies a form of relief listed in 8 U.S.C. § 1252(a)(2)(B)(i), federal courts have jurisdiction to review constitutional claims and questions of law, but not factual findings or discretionary decisions). The petition does not raise a colorable legal or constitutional claim the court can review. *See* 8 U.S.C. § 1252(a)(2)(D).

The motion (Docket Entry No. 15) for summary disposition, treated as a motion to dismiss, is granted.

The motion for stay of removal is denied.

**PETITION FOR REVIEW DISMISSED.**