UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| WERCLAIN LOPEZ-CRUZ,<br><br>    Petitioner,<br><br>  v.<br><br>TODD BLANCHE, Acting Attorney<br>General,<br><br>    Respondent. | No. 25-5628<br><br>Agency No.<br>A215-644-210<br><br>MANDATE |

The judgment of this Court, entered January 30, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT